NICHOLAS B. WARANOFF (BAR NO. 060155)
ALLEN MATKINS LECK GAMBLE & MALLORY LLP
3 Embarcadero Center, 12th Floor
San Francisco, California 94111
Phone: (415) 837-1515
Fax: (415) 837-1516

Attorneys for Defendant
FEDERAL REALTY INVESTMENT TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/6/05*

| | |
|---|---|
| FIRST NATIONAL MORTGAGE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL REALTY INVESTMENT TRUST,<br><br>Defendant. | Case No. C03 02013 RMW / RS<br><br>STIPULATION AND ORDER EXTENDING TIME TO COMPLETE EXPERT DISCOVERY |

IT IS HEREBY STIPULATED by and between plaintiff, through its attorneys of record, and defendant, through its attorneys of record, subject to the approval of the Court:

1. The last date to complete expert discovery is extended from June 30, 2005 to July 29, 2005.

2. The reason for this stipulated request is to accommodate the trial and other conflicting engagements of counsel.

3. There has been one prior modification to this date, from April 29, 2005 to June 30, 2005.

Dated: May 20, 2005                    PAUL E. RICE, A Professional Corporation

                                        By:
                                            Paul E. Rice
                                        Attorneys for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: May 20, 2005 | ALLEN MATKINS LECK GAMBLE & MALLORY LLP |
| 2 | | |
| 3 | | By: /s/Nicholas B. Waranoff<br>Nicholas B. Waranoff<br>Attorneys for Defendant |
| 4 | | |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/6/05                    /S/ RONALD M. WHYTE
                                 United States District Judge

Allen Matkins Leck
Gamble & Mallory LLP
*attorneys at law*

643652.01/SF

-2-
Case No. C03 02013 RMW / RS
STIPULATION EXTENDING DATE TO COMPLETE EXPERT DISCOVERY