NICHOLAS B. WARANOFF (BAR NO. 060155)
ALLEN MATKINS LECK GAMBLE & MALLORY LLP
3 Embarcadero Center, 12th Floor
San Francisco, California 94111
Phone: (415) 837-1515
Fax: (415) 837-1516

Attorneys for Defendant
FEDERAL REALTY INVESTMENT TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION    *E-FILED - 7/5/05*

| | |
|---|---|
| FIRST NATIONAL MORTGAGE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL REALTY INVESTMENT TRUST,<br><br>Defendant. | Case No. C03 02013 RMW / RS<br><br>STIPULATION AND ORDER RESOLVING MOTION FOR MISCELLANEOUS RELIEF AND SETTING EARLY HEARING FOR MOTION IN LIMINE RE MEASURE OF DAMAGES |

**STIPULATION**

IT IS HEREBY STIPULATED by and between plaintiff, through its attorneys of record, and defendant, through its attorneys of record, that Defendant's Motion for Miscellaneous Relief Setting Early Hearing for Motion *in Limine* Re Measure of Damages, filed June 17, 2005, be resolved as follows:

(a) Defendant's motion shall be filed by July 1, 2005;

(b) Plaintiff's cross-motion shall be filed by July 8, 2005;

(c) opposition to each motion shall be filed by July 22, 2005;

(d) replies to the opposition shall be filed by July 29, 2005;

(e) the motions shall be heard on August 12, 2005.

This stipulation is entered into for the following reasons:

1. The pretrial conference is set for September 8, 2005.

2. The parties do not agree on the measure of damages on either remaining claim for relief. In particular, on the First Claim, as to which damages are governed by Cal. Civil Code § 1951.2, Plaintiff contends that it is entitled to claim damages under Cal. Civil Code § 1951.2(a)(3) in addition to damages under Cal. Civil Code § 1951.2(a)(1)-(2) and (a)(4) whereas Defendant contends that Plaintiff is not entitled to claim damages under Cal. Civil Code § 1951.2(a)(3). On the Second Claim, Defendant contends that the measure of damages is the difference between the contract or "put" price and the fair market value of the subject property as of the date of the alleged repudiation; Plaintiff disputes this contention.

3. The parties desire an early determination of the measure of damages so that their experts, who have already prepared their reports, can revise their opinions, if necessary, to follow the proper measure of damages, and so that any further deposition of such experts can be taken prior to trial.

Dated: June 21, 2005             PAUL E. RICE, A Professional Corporation

                                 By: _____
                                     Paul E. Rice
                                 Attorneys for Plaintiff
                                 FIRST NATIONAL MORTGAGE COMPANY

Dated: June 21, 2005             ALLEN MATKINS LECK GAMBLE &
                                 MALLORY LLP

                                 By: /s/ Nicholas B. Waranoff
                                     Nicholas B. Waranoff
                                 Attorneys for Defendant
                                 FEDERAL REALTY INVESTMENT TRUST

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/5/05                    /S/ RONALD M. WHYTE
                                 United States District Judge