**E-FILED on**    9/9/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIRST NATIONAL MORTGAGE COMPANY, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL REALTY INVESTMENT TRUST,<br><br>    Defendant. | No. C-03-02013 RMW<br><br>ORDER GRANTING LEAVE TO OBTAIN AN EXPERT OPINION ON MEASURE OF PUT DAMAGES |

    At the pretrial conference on September 8, 2005 the court informed the parties that it had determined that the proper measure of put damages is the value of holding such an option on May 11, 2001. Both parties had been operating under the assumption that the court would measure damages based on the difference between the put price and the fair market value of the property. The parties only disputed the date of the alleged breach. In light of this development, First National requested leave to obtain an expert option on the measure of put damages. The court grants the motion. The parties stipulated to an early motion *in limine* on this issue "so that their experts, who have already prepared their reports, can revise their opinions, if necessary, to follow the proper measure of damages, and so that any further deposition of such experts can be taken prior to trial." June 21, 2005 Stipulation at ¶ 3. Because the

1  parties expressly contemplated that their experts would need to alter their opinions after the court issued its
2  order on the damages motion *in limine*, it is not unfair to permit such revisions.
3        The parties are to contact Judge Whyte's law clerk, David Horton, at (408) 535-5332 by
4  September 15, 2005 and advise as to whether they have agreed to maintain the current trial date of
5  September 26, 2005.  If they have agreed to maintain the date, the trial will proceed as scheduled.  If not,
6  the court vacates the trial date and orders the parties to appear at 2:00 p.m. on September 26, 2005 for
7  re-setting the trial.  The court will then attempt to set a trial date as soon as reasonably practicable.

10  DATED:     9/9/05                               /s/ Ronald M. Whyte
                                                   RONALD M. WHYTE
11                                                 United States District Judge

ORDER GRANTING LEAVE TO OBTAIN AN EXPERT OPINION ON MEASURE OF PUT DAMAGES
—C-03-02013 RMW
DOH                                              2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff(s):**

| Brian Hennessy | bhennessy@thelenreid.com |
| Daven Lowhurst | dglowhurst@thelenreid.com |
| Patrick Ryan | pryan@thelenreid.com |
| Paul Rice | price@civlit.com |

**Counsel for Defendant(s):**

| Nicholas Waranoff | nwaranoff@allenmatkins.com |
| William Huckins | whuckins@allenmatkins.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     9/9/05                                    DOH                           
                                                     **Chambers of Judge Whyte**

ORDER GRANTING LEAVE TO OBTAIN AN EXPERT OPINION ON MEASURE OF PUT DAMAGES
—C-03-02013 RMW
DOH                                                      3