UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 12/7/05*

| | |
|---|---|
| FIRST NATIONAL MORTGAGE COMPANY, a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br><br>FEDERAL REALTY INVESTMENT TRUST,<br><br>            Defendant. | Case No:  C 03-02013 RMW<br><br>**ORDER GRANTING PLAINTIFF FIRST NATIONAL MORTGAGE COMPANY'S MOTION TO WITHDRAW PAUL E. RICE AS ITS ATTORNEY OF RECORD** |

**[PROPOSED] ORDER GRANTING MOTION**

**TO WITHDRAW PAUL E. RICE AS ATTORNEY OF RECORD**

Having reviewed Plaintiff's Motion to Withdraw Paul E. Rice as attorney of record for Plaintiff, and good cause showing, the Court Orders as follows: The Motion to Withdraw Paule E. Rice and his firm Paul E. Rice, a Professional Corporation, as attorney of record for Plaintiff is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: 12/7/05

/S/ RONALD M. WHYTE
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

-1-

ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW
PAUL E. RICE AS ATTORNEY OF RECORD (CASE NO.: C 03-02013-RMW)