1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/8/06*

| | |
|---|---|
| **FIRST NATIONAL MORTGAGE COMPANY**, a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>**FEDERAL REALTY INVESTMENT TRUST**,<br><br>        Defendant. | Case No.:  C 03-02013 RMW<br><br>**STIPULATION AND ORDER REGARDING EQUIPMENT NEEDED IN THE COURTROOM FOR TRIAL** |

### STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff, through its attorneys of record, and Defendant, through its attorneys of record, that the parties be permitted to bring the following equipment into the Courthouse located at 280 S. 1st Street, Room 2112, San Jose, California, beginning on June 9, 2006 and thereafter until trial concludes:

7 Monitors

2 speakers

2 speaker stands

1 AV Cart

1 Projector

1. 1 Projector stand
2. 1 8ft Screen
3. 10 Laptop computers
4. 1 Printer
5. 4 boxes of Video & Power Cables
6. 2 Portable tables and 5 chairs
7. 15 Easels

Dated: June 8, 2006

**ALLEN MATKINS LECK GAMBLE & MALLORY LLP**

By:   /s/ Nicholas B. Waranoff
Nicholas B. Waranoff
Attorneys for Defendant
FEDERAL REALTY INVESTMENT TRUST

Dated:  June 8, 2006

THELEN REID & PRIEST LLP

By    /s/ Patrick M. Ryan
PATRICK M. RYAN
Attorneys for Plaintiff,
FIRST NATIONAL MORTGAGE COMPANY

I, Patrick M. Ryan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

By: /s/ Patrick M. Ryan

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:   6/8/06

/s/ Ronald M. Whyte
United States District Judge