UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 7/21/06*

| | |
|---|---|
| FIRST NATIONAL MORTGAGE COMPANY, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL REALTY INVESTMENT TRUST,<br><br>　　　　Defendant. | Case No. C03 02013 RMW / RS<br><br>STIPULATION AND ORDER (1) ENLARGING PAGE LIMITS FOR POST-TRIAL MOTIONS AND (2) CONTINUING CASE MANAGEMENT CONFERENCE FROM JULY 28, 2006 TO AUGUST 25, 2006 |

　　　IT IS HEREBY STIPULATED by and between plaintiff, through its attorneys of record, and defendant, through its attorneys of record, subject to the approval of the Court, as follows:

　　　1.　　Defendant's opening brief in support of its post-trial motions may be up to 30 pages in length. Plaintiff's opposing brief may likewise be up to 30 pages in length.

　　　2.　　The Case Management Conference is continued from July 28, 2006 to August 25, 2006 at 10:30 a.m., which is the same date as the date on which Defendant's post-trial motions shall be heard.

　　　3.　　Counsel shall submit a joint Case Management Conference Statement no later than seven (7) days prior to the Case Management Conference.

1  4.  The reason for postponing the case management conference is that
2  defendant's trial counsel has scheduled a trip to the East Coast for a family vacation, and
3  will be out of state on July 28, 2006.  In addition, the parties desire to continue the
4  conference to the date of the hearing of defendant's post-trial motions.

5  5.  The Court previously filed, on February 22, 2006, a stipulated order (Doc. #
6  349) containing the following: "10.  If the jury's verdict in Phase I is for Plaintiff, initial
7  expert disclosures in connection with Phase II shall be served approximately 150 days
8  following such verdict (the exact date to be set by stipulation and order); rebuttal expert
9  disclosures in connection with Phase II shall be served no later than 30 days following
10 initial expert disclosures; and expert depositions in connection with Phase II shall be taken
11 no later than 30 days following rebuttal expert disclosures.  The parties shall comply with
12 the Court's Standing Order Re: Pretrial Preparation with respect to Phase II, and any
13 filings in compliance therewith shall not be restricted by those matters presented prior to or
14 during Phase I."

15 6.  In light of the postponement of the Case Management Conference and the
16 Defendant's post-trial motions, and to avoid undue expense, the approximate 150 day
17 period for initial expert disclosures in connection with Phase II, described in paragraph 10
18 of Doc. No. 349, shall not commence to run until the Court has filed its ruling on
19 Defendant's post-trial motions.  After such filing, the parties will stipulate to the exact due
20 date for such initial expert disclosures.

21 7.  There have been no prior modifications to these dates.

22 Dated: July 14, 2006                THELEN REID & PRIEST LLP

23                                     By: */s/ Patrick Ryan*
                                            Patrick Ryan
24                                     Attorneys for Plaintiff
                                       FIRST NATIONAL MORTGAGE COMPANY
25
   Dated: July 14, 2006                ALLEN MATKINS LECK GAMBLE
26                                     MALLORY & NATSIS LLP

27                                     By*: /s/Nicholas B. Waranoff*
                                            Nicholas B. Waranoff
28                                     Attorneys for Defendant
                                       FEDERAL REALTY INVESTMENT TRUST

-3-

1
2  PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4  Dated: 7/21/06                    /s/ Ronald M. Whyte
                                     United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Allen Matkins Leck
Gamble & Mallory LLP
*attorneys at law*

681840.01/SF

-3-
Case No. C03 02013
STIPULATION RE PAGE LIMITS AND CMC DATE