**E-FILED on 8/3/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIRST NATIONAL MORTGAGE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL REALTY INVESTMENT TRUST,<br><br>Defendant. | No. C-03-02013 RMW<br><br>**ORDER RE FILING OF E-MAIL CORRESPONDENCE AND ORDERS** |

    During the course of this trial, the parties and the court communicated by e-mail with respect to some procedural, evidentiary and jury instructions issues. The court assumed that any party wishing to make any of such communications a matter of record for post-trial, appellate or other issues would file such correspondence with the court. It appears that no such filings were made. If either party wants to file any of the communications, they are free to do so up to five days before any hearing on post-trial motions in this court.

DATED: 8/3/06

                                                            *Ronald M Whyte*
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff(s):**

| Brian Hennessy | bhennessy@thelenreid.com |
| Daven Lowhurst | dglowhurst@thelenreid.com |
| Patrick Ryan | pryan@thelenreid.com |
| Paul Rice | price@civlit.com |

**Counsel for Defendant(s):**

| Nicholas Waranoff | nwaranoff@allenmatkins.com |
| William Huckins | whuckins@allenmatkins.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     8/3/06                              /S/ JG
                                                   **Chambers of Judge Whyte**

ORDER RE FILING OF E-MAIL CORRESPONDENCE AND ORDERS
C-03-02013 RMW

2