1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

*E-FILED - 8/23/06*

| | |
|---|---|
| **FIRST NATIONAL MORTGAGE COMPANY**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL REALTY INVESTMENT TRUST**,<br><br>Defendant. | Case No.:  C 03-02013 RMW<br><br>**STIPULATION AND [] ORDER REGARDING BRIEFING SCHEDULE** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff, through its attorneys of record, and Defendant, through its attorneys of record, that the time for filing Plaintiff's papers in opposition to Defendant's post-trial motions (Defendant's Notice of Motion and Renewed Motion for Judgment as a Matter of Law or, Alternatively, For a New Trial; and Defendant's Notice of Request and Request for Certification Pursuant to 28 U.S.C. 1292(b) and for a Stay), currently set for hearing on August 25, 2006, be extended until Tuesday, August 8, 2006, and that Defendant's time for filing its reply papers will be extended to August 17, 2006.  The reason for this stipulation is that Plaintiff was not aware that a request to certify the case for appeal was going to be filed along with the other motions,

1 and Plaintiff requires two additional court days to prepare its oppositions; and in consideration for
2 this request agrees to extend Federal's time for filing its Reply papers August 17, 2006.

3

4 Dated: August 3, 2006

**ALLEN MATKINS LECK GAMBLE & MALLORY LLP**

By:  /s/ Marlene Moffitt
Marlene Moffitt
Attorneys for Defendant
FEDERAL REALTY INVESTMENT TRUST

Dated:  August 3, 2006

**THELEN REID & PRIEST LLP**

By       /s/ Patrick M. Ryan
PATRICK M. RYAN
Attorneys for Plaintiff,
FIRST NATIONAL MORTGAGE COMPANY

I, Patrick M. Ryan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

By: /s/ Patrick M. Ryan

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:   8/23/06

 /s/ Ronald M. Whyte
United States District Judge