*E-FILED 8/29/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIRST NATIONAL MORTGAGE COMPANY, a California corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>FEDERAL REALTY INVESTMENT TRUST,<br><br>           Defendant. | Case No. C03 02013<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON MOTION FOR PROTECTIVE ORDER ON DEPOSITIONS OF WOOD, BECKER AND FISHKIN |

   IT IS HEREBY STIPULATED by and between Plaintiff, through its attorneys of record, and Defendant, through its attorneys of record, subject to the approval of the Court, as follows:

   1.   The hearing on Defendant's Motion for Protective Order re Depositions of Donald C. Wood, Dawn Becker and Nate Fishkin, filed August 26, 2007 as Docket No. 517 is continued from October 3, 2007 to October 10, 2007 at 9:30 a.m.

   2.   The briefing schedule on the Motion will proceed under the Civil Local Rules based on the October 10, 2007 hearing date.

   3.   This continuance is made at the request of lead counsel for Defendant, to accommodate a scheduled out-of-state vacation.

   4.   There has been no prior modification to this hearing date.

| | | |
|---|---|---|
| 1 | Dated: August 28, 2007 | THELEN REID BROWN RAYSMAN & STEINER LLP |
| 2 | | |
| 3 | | By: */s/ Daven Lowhurst*<br>   Daven G. Lowhurst |
| 4 | | Attorneys for Plaintiff<br>FIRST NATIONAL MORTGAGE COMPANY |
| 5 | Dated: August 28, 2007 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| 6 | | |
| 7 | | By*: /s/ Marlene Moffitt*<br>   Marlene M. Moffitt |
| 8 | | Attorneys for Defendant<br>FEDERAL REALTY INVESTMENT TRUST |

9

10  PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12  Dated:    August 29, 2007                          _____
                                                      United States Magistrate Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28