*E-Filed 9/14/2007*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIRST NATIONAL MORTGAGE COMPANY, | NO. C 03-02013 RMW (RS) |
| Plaintiff, | **ORDER** |
| v. | |
| FEDERAL REALTY INVESTMENT TRUST, | |
| Defendant. | |

The application of First National Mortgage Company for an order shortening time is DENIED. Its motion to compel, noticed for October 10, 2007, shall instead be heard on October 17, 2007. All other discovery motions presently set for October 10, 2007, are hereby continued to October 17, 2007.

It appears that at least some of the issues raised by one or more of these discovery motions may not have been adequately addressed by the parties in meet and confer negotiations conducted in the spirit contemplated by the rules. The parties are advised that the obligation to meet and confer does not terminate upon the filing of a motion to compel. The parties are directed to continue to

1

meet and confer in good faith in an effort to narrow the scope of their disputes, and to identify in opposition briefs and reply briefs any issues that have been resolved by the time such briefs are filed.

IT IS SO ORDERED.

Dated:  September 14, 2007

RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 03-02013 RMW (RS)

2