**United States District Court**
For the Northern District of California

**E-FILED on** 1/23/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIRST NATIONAL MORTGAGE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL REALTY INVESTMENT TRUST,<br><br>Defendant. | No. C-03-02013 RMW<br><br>ORDER GRANTING FIRST NATIONAL'S MOTION TO SHORTEN TIME<br><br>**[Re Docket No. 578]** |

Plaintiff First National Mortgage Company ("First National") moves to shorten time on a motion to exclude late-disclosed experts. Defendant Federal Realty Investment Trust ("FRIT") opposes the motion. The court deems the motion appropriate for submission on the papers. *See* Civ. L.R. 7-1(b).

Civil Local Rule 6-3(a)(3) requires a showing of "substantial harm or prejudice that would occur if the Court did not change the time." First National submits that it seeks resolution of the motion to exclude allegedly late-disclosed experts because pre-trial papers are due on February 13 and the pretrial conference is scheduled for February 28, 2008. Given the exigencies of the pretrial

schedule, the motion could not be noticed and heard before the pretrial filing deadline or the pretrial conference. This suffices as a showing of substantial harm.

FRIT submits there is no prejudice, that there is ample time for any expert depositions between now and trial, and that any issues with improperly disclosed experts should be addressed in a motion *in limine*. On the contrary, the expense of preparing for and deposing an expert and filing a motion *in limine* can be avoided if, in fact, FRIT improperly disclosed its most recent experts. Potentially avoiding these expenses serves the interests of justice.

Accordingly, the motion to shorten time is GRANTED. FRIT's opposition brief shall be due by Friday, February 1 at 5:00 pm. First National's reply brief shall be due by Tuesday, February 5 at 5:00 pm. The court is unavailable on February 8, 2008, hence, no hearing will be scheduled. The court will decide this motion on the papers. *See* Civ. L.R. 7-1(b).

DATED: 1/23/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Brian Patrick Hennessy  bhennessy@thelenreid.com
Daven Gerald Lowhurst  dglowhurst@thelenreid.com
Patrick Martin Ryan  pryan@thelenreid.com

**Counsel for Defendants:**

Nicholas B. Waranoff  nwaranoff@allenmatkins.com
Marlene Moffitt  mmoffitt@allenmatkins.com
William W. Huckins  whuckins@allenmatkins.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 1/23/2008

TSF
**Chambers of Judge Whyte**