*E-FILED - 4/17/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **FIRST NATIONAL MORTGAGE COMPANY**, a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>**FEDERAL REALTY INVESTMENT TRUST**,<br><br>            Defendant. | Case No.:  C 03-02013 RMW<br><br>**STIPULATION AND [] ORDER REGARDING EQUIPMENT NEEDED IN THE COURTROOM FOR TRIAL** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff, through its attorneys of record, and Defendant, through its attorneys of record, that the parties be permitted to bring the following equipment into the Courthouse located at 280 South 1st Street, Room 2112, San Jose, California, beginning on April 17, 2008 and thereafter until trial concludes:

8 Laptops

1 Elmo Visual Presenter

4 Flat Panel Monitors

1 8 Ft. Projections Screen

1 LCD Projector

2 Digital Video Switchers

1. 2 Digital Distribution Amplifier
2. 1 Speaker
3. 2 A/V Cart
4. XGA Cabling;
5. and related electronic equipment

Dated: April 16, 2008

**ALLEN MATKINS LECK GAMBLE,
MALLORY & NATSIS LLP**

By:   /s/ Nicholas B. Waranoff
Nicholas B. Waranoff
Attorneys for Defendant
FEDERAL REALTY INVESTMENT TRUST

Dated:  April 16, 2008

**THELEN REID BROWN RAYSMAN
& STEINER LLP**

By:   /s/ Micaél P. Estremera
PATRICK P. ESTREMERA
Attorneys for Plaintiff,
FIRST NATIONAL MORTGAGE COMPANY

I, Micaél P. Estremera, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

By: /s/ Micaél P. Estremera

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  4/17/08

*Ronald M. Whyte*
United States District Judge