IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIRST NATIONAL MORTGAGE COMPANY,

    Plaintiff,

    -v-

FEDERAL REALTY INVESTMENT TRUST,

    Defendant.

*E-FILED - 6/24/08*

CASE NO.: C-03-02013-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that defendant's attachment 13 to deposition transcript and Phase I trial transcript designations and court's rulings on evidentiary objections lodged with the court on May 5, 2008 shall be filed under seal.

IT IS SO ORDERED.

DATED: June 24, 2008

                                                                       _____
                                                                       RONALD M. WHYTE
                                                                    United States District Judge

1  
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28