****E-FILED - 8/6/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIRST NATIONAL MORTGAGE COMPANY,<br><br>            Plaintiff,<br><br>     vs.<br><br>FEDERAL REALTY INVESTMENT TRUST,<br><br>            Defendant. | Case No. 03-02013 RMW/RS<br><br>STIPULATION AND [] ORDER SETTING TIME FOR FRIT TO RESPOND TO FIRST NATIONAL'S REVISED [PROPOSED] STATEMENT OF FINDINGS OF FACT AND CONCLUSIONS OF LAW, AND FOR REPLY BY FIRST NATIONAL<br><br>Judge:  Hon. Ronald M. Whyte<br><br>Trial Date:   April 22, 2008 |

IT IS HEREBY STIPULATED by and between Plaintiff First National Mortgage Company ("First National"), through its attorneys of record, and Defendant Federal Realty Investment Trust ("FRIT"), through its attorneys of record, subject to the approval of the Court, as follows:

## RECITALS

1.  On May 23, 2008, Plaintiff First National Mortgage Company ("First National") filed its *Revised [Proposed] Statement of Findings of Fact and Conclusions of Law* (the "Revised [Proposed] Findings"), as Docket No. 664 in the above-captioned case.

2.  On May 29, 2008, Defendant Federal Realty Investment Trust ("FRIT") filed its *Motion for Administrative Relief for Order Setting Time to Respond to Plaintiff First National's Revised [Proposed] Statement of Findings of Fact and Conclusions of Law* (the "Motion"), as

1  Docket No. 665 in the above-captioned case, requesting that the Court enter an order setting June 20, 2008 as the date for FRIT to (i) file its response to First National's Revised [Proposed] Findings, and (ii) file its own revised [proposed] findings of fact and conclusions of law.

    3.  On May 30, 2008, First National filed *First National's Statement of Partial Non-Opposition to FRIT's Motion for Administrative Relief for Order Setting Time to Respond to First National's Revised [Proposed] Statement of Findings of Fact and Conclusions of Law*, as Docket No. 666 in the above-captioned case, which stated, "First National does not oppose – if the Court is so inclined – FRIT being granted some additional time to submit revised proposed findings, so long as First National is given the same amount of time to comment on FRIT's revised findings."

    4.  The Court has not entered an order on the Motion.

    5.  Due to personal circumstances including the heart attack and recent quadruple by-pass surgery of the mother-in-law of Nicholas B. Waranoff, FRIT's lead trial attorney in this case, FRIT requests that June 27, 2008 be the date for it to (i) file its response to First National's Revised [Proposed] Findings, and (ii) file its own revised [proposed] findings of fact and conclusions of law.

## STIPULATION

In light of the foregoing recitals, First National and FRIT, through their respective undersigned counsel, hereby stipulate as follows:

1.  FRIT has until and including June 27, 2008 to (i) file its response to First National's Revised [Proposed] Findings, and (ii) file its own revised [proposed] findings of fact and conclusions of law; and

2.  First National has until and including August 1, 2008 to file a response to the revised [proposed] findings of fact and conclusions of law that FRIT files on or before June 27, 2008.

///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: June 18, 2008 | THELEN REID BROWN RAYSMAN & STEINER LLP |
| 2 | | |
| 3 | | By    */s/ Daven Lowhurst*<br>Daven Lowhurst |
| 4 | | Attorneys for Plaintiff,<br> First National Mortgage Company |
| 5 | | WINSTON & STRAWN LLP |
| 6 | | By    */s/ Patrick Ryan* |
| 7 | | Patrick Ryan<br>Attorneys for Plaintiff, |
| 8 | | First National Mortgage Company |
| 9 | Dated: June 18, 2008 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| 10 | | By    */s/ Nicholas Waranoff* |
| 11 | | Nicholas Waranoff<br>Attorneys for Defendant, |
| 12 | | Federal Realty Investment Trust |

13    I, Marlene M. Moffitt, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the

14 concurrence to the filing of this document has been obtained from each signatory hereto.

15

16 Dated: June 18, 2008                    */s/ Marlene Moffitt*
                                           MARLENE M. MOFFITT
17                                         Attorney for Defendant Federal Realty
                                           Investment Trust
18

19

20

21                                       ORDER

22 PURSUANT TO STIPULATION, IT IS SO ORDERED.
    Dated:  8/6/08                          *Ronald M. Whyte*
23                                          _____
                                            HON. RONALD M. WHYTE
24                                           United States District Judge

25

26

27

28