1

2

3

4

5

6

*E-FILED - 8/6/08*

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN JOSE DIVISION**

11

12

| | |
|---|---|
| **FIRST NATIONAL MORTGAGE COMPANY**, a California corporation, | Case No.:  C 03-02013 RMW |
| Plaintiff, | **STIPULATION AND [] ORDER FOR ONE-WEEK EXTENSION FOR FIRST NATIONAL TO RESPOND TO FEDERAL REALTY'S REVISED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| v. | |
| **FEDERAL REALTY INVESTMENT TRUST**, | |
| Defendant. | Hon. Ronald M. Whyte |

13

14

15

16

17

18

19

**STIPULATION**

20

IT IS HEREBY STIPULATED by and between Plaintiff First National, through its attorneys

21

of record, and Defendant Federal Realty, through its attorneys of record, that First National will have

22

a one-week extension (until August 8, 2008) to file and serve its response to Federal Realty's revised

23

proposed findings of fact and conclusions of law.

24

25

Dated:  July 30, 2008                    THELEN REID BROWN RAYSMAN & STEINER LLP

26

By _____ */s/ Daven Lowhurst*_____

27

Daven Lowhurst
Attorneys for Plaintiff First National Mortgage Company

28

1

1    Dated: July 30, 2008                WINSTON & STRAWN LLP

2                                        By _____/s/ Patrick M. Ryan_____
                                         Patrick Ryan
3                                        Attorneys for Plaintiff First National Mortgage Company

4

5    Dated: July 30, 2008                ALLEN MATKINS LECK GAMBLE     MALLORY &
                                         NATSIS LLP
6
                                         By _____/s/ William Huckins___
7                                        William Huckins
                                         Attorneys for Defendant Federal Realty Investment Trust
8

9

10            I, Patrick M. Ryan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the

11   concurrence to the filing of this document has been obtained from each signatory hereto.

12   Dated:  July 30, 2008                        /s/ Patrick M. Ryan_____
                                         Patrick M. Ryan
13                                       Attorneys for Plaintiff,
                                         First National Mortgage Company
14

15

16   PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED

17

18   Dated: ___8/6/08_____         _____Ronald M. Whyte_____

19                                       HON. RONALD M. WHYTE
                                         United States District Judge
20

21

22

23

24

25

26

27

28   SF#1531854