**E-FILED on** 9/30/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIRST NATIONAL MORTGAGE COMPANY, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL REALTY INVESTMENT TRUST,<br><br>　　　　Defendant. | No. C-03-02013 RMW<br><br>ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION<br><br>**[Re Docket No. 563]** |

On October 31, 2007 defendant Federal Realty Investment Trust ("Federal Realty") moved for leave to file a motion for reconsideration of this court's Order of September 12, 2005 which granted in part and denied in part cross-motions *in limine* dealing with the "time of award" for any damages calculation. The motion was inadvertently left on the docket. It was denied without prejudice subject to consideration of the issue being considered during the trial.

DATED:　　9/30/2008

　　　　　　　　　　　　　　　　　　　　　/s/ Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION—No. C-03-02013 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Brian Patrick Hennessy           bph@thehennessylawfirm.com
Daven Gerald Lowhurst            dglowhurst@thelenreid.com
Patrick Martin Ryan              pryan@winston.com

**Counsel for Defendants:**

Nicholas B. Waranoff             nwaranoff@allenmatkins.com
Marlene Moffitt                  mmoffitt@allenmatkins.com
William W. Huckins               whuckins@allenmatkins.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   9/30/2008                              TSF
                                          **Chambers of Judge Whyte**