**E-FILED on** 3/27/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIRST NATIONAL MORTGAGE COMPANY, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>FEDERAL REALTY INVESTMENT TRUST,<br><br>　　　　　Defendant. | No. C-03-2013 RMW<br><br>RULINGS ON CERTAIN *IN LIMINE* MOTIONS AND ADMINISTRATIVE REQUEST<br><br>[Docket #'s 607, 610, 613, 616, 621 and 665] |

　　　The docket reflects no disposition of the *in limine* motions identified as docket numbers 607, 610, 613, 616 and 621. Those items were not treated as pretrial motions but rather the issues raised were dealt with as evidentiary issues if and when they came up at trial or in connection with the parties' proposed findings of fact and conclusions of law. Therefore, the motions identified as numbers 607, 610, 613, 616 and 621 are denied without prejudice to the evidentiary rulings at trial or made in connection with the findings of fact and conclusions of law.

The administrative request identified as docket number 665 to extend the date by which FRIT may (i) file its response to First National's Revised [Proposed] Statement of Findings of Fact and Conclusions of Law, and (ii) file its own Revised [Proposed] Findings of Fact and Conclusions of Law is granted.

DATED:    3/27/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Daven Gerald Lowhurst | lowhurstd@howrey.com |
| Patrick Martin Ryan | pryan@winston.com |

**Counsel for Defendants:**

| | |
|---|---|
| Nicholas B. Waranoff | nwaranoff@allenmatkins.com |
| Marlene Moffitt | mmoffitt@allenmatkins.com |
| William W. Huckins | whuckins@allenmatkins.com |
| Mark Jeremy Seifert | mseifert@allenmatkins.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

Date:   3/27/09                              TER
                                             Chambers of Judge Whyte

RULINGS ON CERTAIN *IN LIMINE* MOTIONS AND ADMINISTRATIVE REQUEST
C-03-02013

3