**United States District Court**
For the Northern District of California

1

2

3

4                                                              **E-FILED on**    04/23/09

5

6                          IN THE UNITED STATES DISTRICT COURT

7                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                                    SAN JOSE DIVISION

9

10  FIRST NATIONAL MORTGAGE                  No. C-03-02013 RMW
    COMPANY, a California corporation,
11
                  Plaintiff,
12                                           CLARIFICATION OF RESPONSE
         v.                                  DEADLINES IN *TENTATIVE* FINDINGS OF
13                                           FACT AND CONCLUSIONS OF LAW
    FEDERAL REALTY INVESTMENT TRUST,         (DAMAGES PHASE)
14
                  Defendant.
15

16

17

18

19         This court issued Tentative Findings of Fact and Conclusions of Law on April 22, 2009. In

20  that order the court inadvertently set the deadlines for the parties to file objections and responses to

21  objections as May 2, 2009 and May 9, 2009, respectively.  Both dates fall on a Saturday.  The

22  parties shall file their objections and responses to objections on May 4, and May 11, 2009.   The

23  court did intend that the parties include in their responses their position on entitlement and amount

24  of prejudgment interest in the event they cannot agree.

25

26  DATED:        04/23/09
                                             RONALD M. WHYTE
27                                           United States District Judge

28

CLARIFICATION OF RESPONSE DEADLINES IN *PROPOSED* FINDINGS OF FACT AND CONCLUSIONS OF LAW (DAMAGES
PHASE)
C-03-02013

**United States District Court**
For the Northern District of California

1 | **Notice of this document has been electronically sent to:**

2 | **Counsel for Plaintiff:**

3 | Daven Gerald Lowhurst          lowhurstd@howrey.com
Patrick Martin Ryan            pryan@winston.com

4

**Counsel for Defendants:**

5

6 | Nicholas B. Waranoff           nwaranoff@allenmatkins.com
Marlene Moffitt                mmoffitt@allenmatkins.com
William W. Huckins             whuckins@allenmatkins.com

7 | Mark Jeremy Seifert           mseifert@allenmatkins.com

8 | **Counsel for Witness**

9 | Tod C. Gurney                 tgurney@hopkinscarley.com

10

Counsel are responsible for distributing copies of this document to co-counsel that have not
registered for e-filing under the court's CM/ECF program.

11

12

**Dated:** _____04/23/09_____               _____JAS_____
**Chambers of Judge Whyte**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLARIFICATION OF RESPONSE DEADLINES IN *PROPOSED* FINDINGS OF FACT AND CONCLUSIONS OF LAW (DAMAGES PHASE)
C-03-02013