**E-FILED on** 6/9/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIRST NATIONAL MORTGAGE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL REALTY INVESTMENT TRUST,<br><br>Defendant. | No. C-03-02013 RMW<br><br>JUDGMENT |

On June 29, 2006 the jury returned its Special Verdict resulting in a finding of liability of defendant Federal Realty Investment Trust. On June 8, 2009 the court issued its Findings of Fact and Conclusions of Law regarding damages. Pursuant to the jury's Special Verdict and the court's Findings of Fact and Conclusions of Law,

IT IS HEREBY ordered that First National Mortgage Company recover $15,901,274 from Federal Realty Investment Trust together with costs of suit.

DATED: 6/8/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
C-03-02013

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Daven Gerald Lowhurst    lowhurstd@howrey.com
Patrick Martin Ryan    pryan@winston.com

**Counsel for Defendants:**

Nicholas B. Waranoff    nwaranoff@allenmatkins.com
Marlene Moffitt    mmoffitt@allenmatkins.com
William W. Huckins    whuckins@allenmatkins.com
Mark Jeremy Seifert    mseifert@allenmatkins.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   6/9/09                          TER
                                                        **Chambers of Judge Whyte**

**United States District Court**
**For the Northern District of California**

JUDGMENT
C-03-02013

2