1  NICHOLAS B. WARANOFF (BAR NO. 060155)
   WILLIAM W. HUCKINS (BAR NO. 201098)
2  MARLENE M. MOFFITT (BAR NO. 223658)
   ALLEN MATKINS LECK GAMBLE
3    MALLORY & NATSIS LLP
   Three Embarcadero Center, 12th Floor
4  San Francisco, CA  94111-4074
   Telephone:  (415) 837-1515
5  Facsimile:  (415) 837-1516

6  Attorneys for Defendant
   FEDERAL REALTY INVESTMENT TRUST

7

*E-FILED - 6/10/09*

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11  FIRST NATIONAL MORTGAGE            Case No.  C03 02013 RMW / RS
    COMPANY, a California corporation,
12                                     **STIPULATION AND [] ORDER**
                Plaintiff,             **REGARDING AMOUNT OF**
13                                     **SUPERSEDEAS BOND**
         vs.
14
    FEDERAL REALTY INVESTMENT TRUST,   Judge:   Hon. Ronald M. Whyte
15
                Defendant.
16

17

18

19        Plaintiff First National Mortgage Company ("First National") and Defendant Federal

20  Realty Investment Trust ("FRIT"), by and through their undersigned attorneys, hereby agree and

21  stipulate as follows and request the Court to enter the accompanying order approving same:

22        1.    FRIT intends to file an appeal to the Ninth Circuit Court of Appeals from

23  the Judgment in this matter, and from any subsequent order awarding costs and/or attorneys' fees.

24  Pursuant to Federal Rule of Civil Procedure 62(d), FRIT intends to file a supersedeas bond to stay

25  enforcement of the Judgment and any order awarding costs and/or attorneys' fees, pending the

26  determination of the appeal(s).

27        2.    The parties agree that enforcement of any Judgment in this action shall be

28  stayed without any bond for thirty (30) days following entry of such Judgment.  The parties also

agree that enforcement of any order awarding costs and/or attorneys' fees, shall be stayed without any bond for thirty (30) days following entry of such order.

3.     The parties further agree that enforcement of any Judgment in this action, and of any order awarding costs and/or attorneys' fees, shall be further stayed while the Judgment and/or order is pending on appeal, but only from and after the date that FRIT has a supersedeas bond or bonds on file in compliance with the terms herein with respect to such Judgment or order and only for so long as said bond(s) are on file and in effect.

4.     The parties further agree that Defendant's proposed bond providers, Travelers Casualty and Surety Company of America and Liberty Mutual Insurance Company, and each of them, based on their current rating and financial status, are not objectionable to Plaintiff. In the event of a material adverse change in their current rating or financial status, Plaintiff reserves the right to object to them, as provided by existing law.

5.     The parties further agree that the amount of the supersedeas bond necessary and sufficient to stay enforcement of any Judgment is 1.50 times the amount of the Judgment, and the amount of the supersedeas bond necessary and sufficient to stay enforcement of any order awarding costs and/or attorneys' fees is 1.50 times the amount of any such order.

6.     As an alternative to a supersedeas bond, FRIT may make a cash deposit in this Court's registry in the same amount as the required supersedeas bond, which deposit shall be governed by sections 995.710 *et seq.* of the California Code of Civil Procedure, and FRIT may thereafter exercise its right under California Code of Civil Procedure section 995.770 to substitute a supersedeas bond in place of the deposit, in the amount set forth in this Stipulation.  Plaintiff reserves the right to object to any such bond unless it complies with the terms of this Stipulation.

7.     Except as expressly provided for in this Stipulation, no bond or other security shall be required as a condition of the stay set forth herein.

8.     The parties further agree (pursuant to Local Rule 6-2), notwithstanding any provision to the contrary, that First National may seek fees and/or costs, including attorneys' fees and expert fees, up to thirty (30) days after entry of Judgment.  This enlargement of time is being provided to First National so that it has the opportunity to review voluminous time and expense

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

759696.06/SF

-2-

Case No.   C03 02013 RMW / RS
Stipulation and Orde re Bond

1    records for the purpose of seeking fees and costs.  This extension will not affect any other

2    scheduling issues in this case and no prior modifications related to such requests have been

3    provided before in this matter.  First National acknowledges that lead counsel for FRIT has an

4    arbitration set for July 29-30, 2009, and that the daughter of lead counsel for FRIT is getting

5    married out of town on August 15, 2009.  Accordingly, in light of the anticipated voluminous

6    materials that First National may file, and in light of the foregoing commitments of FRIT's

7    counsel, First National agrees to enlarge FRIT's time to oppose First National's motion(s), and to

8    cooperate in the scheduling of the hearing (as required in any event under existing procedures), as

9    reasonably requested by FRIT, so that FRIT has adequate time to oppose the motion(s) and so that

10   neither the preparation of the opposition nor the hearing date conflict with the prior commitments

11   of FRIT's counsel.

12           9.      The effectiveness of this stipulation is expressly conditioned upon entry of

13   this stipulation as an order of the Court.

14           **IT IS SO STIPULATED**:

15   Dated:  June 4, 2009                      ALLEN MATKINS LECK GAMBLE
                                                MALLORY & NATSIS LLP
16

17                                             By:  _/s/Nicholas B. Waranoff_
                                                    NICHOLAS B. WARANOFF
18                                                  Attorneys for Defendant
                                                    FEDERAL REALTY INVESTMENT
19                                                  TRUST

20   Dated:  June 4, 2009                      WINSTON & STRAWN LLP

21
                                               By:  _/s/Patrick M. Ryan_
22                                                  PATRICK M. RYAN
                                                    Attorneys for Plaintiff
23                                                  FIRST NATIONAL MORTGAGE
                                                    COMPANY
24

25           I, Nicholas B. Waranoff, hereby attest, pursuant to N.D. Cal. General Order No. 45, that

26   the concurrence to the filing of this document has been obtained from each signatory hereto.

27   Dated:  June 4, 2009                      _/s/Nicholas B. Waranoff_
                                               Nicholas B. Waranoff
28                                             Attorney for Defendant Federal Realty
                                               Investment Trust

-3-

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

759696.06/SF

Case No.   C03 02013 RMW / RS
Stipulation and Orde re Bond

1

**ORDER**

2          Based on the foregoing Stipulation of the parties and for good cause, the parties are hereby

3   **ORDERED** to comply with the forgoing Stipulation**.**

4          **AS STIPULATED, IT IS SO ORDERED**

5   Dated:  6/10/09                    _____

6                                      Hon. Ronald M. Whyte
                                       Judge, United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

759696.06/SF

-4-

Case No.   C03 02013 RMW / RS
Stipulation and Orde re Bond